**Chad BYERS, Plaintiff—Appellant,**

v.

**Vanessa ADAMS, Defendant—Appellee.**

No. 06–7637.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 22, 2006.

Chad Byers, Appellant Pro Se. Ralph Andrew Price, Jr., Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chad Byers, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny as unnecessary Byers' motion for a certificate of appealability, and we affirm for the reasons stated by the district court. *Byers v. Adams*, No. 1:05–cv–01226 (E.D.Va. Aug. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*